UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY PAGAN

Write the full name of each plaintiff.

Bellevue Hosp. -against-
Hospital
C O Smith 15957 ceo Patoe o-omar
CAPTAIN FLEMINGS 686/BHS
DOCTOR meknie Farkas supervisor Hicks
DOCTOR JOSHI SHANTA ms Bonapo DR colleu

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

19 CV 5677

No. _____
(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

2019 JUN 18 PM 12:43
S.D. OF N.Y.
RECEIVED
SDNY PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

1

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: Curruption conspiracy

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

JERRY        X        PAGAN
First Name   Middle Initial   Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

0981-75-36Q
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)  /MW76 100 26

Bellevue Hospital prison Ward 1st Ave 26-27st Manhatten NY
Current Place of Detention
                                                                    11370
RJCF AMKC C-95  18-18 Hazen St East Elmhurst NY
Institutional Address
                    USA
Queens              NEW YORK         11370
County, City        State            Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☑ Other: DOC custody

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**
First Name: Smith
Last Name: 
Shield #: 15957
Current Job Title (or other identifying information): CO
Current Work Address: Bellevue Hospital 462 1st Ave 26-27 St 19W 76
County, City: MANHATTAN
State: NEW YORK USA
Zip Code: 10016

**Defendant 2:**
First Name: FLIMING
Last Name: 
Shield #: 686
Current Job Title (or other identifying information): CO CAPTAIN
Current Work Address: Bellevue Hospital 462 1st Ave 26-27 St 19W 76
County, City: MANHATTAN
State: NEW YORK USA
Zip Code: 10016

**Defendant 3:**
First Name: MS BONOFE
Last Name: 
Shield #: 
Current Job Title (or other identifying information): Superviser
Current Work Address: Bellevue Hospital 462 1st Ave 26-27 St 19W 76
County, City: MANHATTAN
State: NEW YORK USA
Zip Code: 10016

**Defendant 4:**
malenie for peas
First Name: Doctor USHANTA
Last Name: JOSHI
Shield #:
Current Job Title (or other identifying information): Doctor & Unit Chief
Current Work Address: Bellevue Hospital 462 1st Ave 26-27 St 19W 76
County, City: MANHATTAN
State: NEW YORK USA
Zip Code: 10026

MS-BONAFE · Supervisor
BHS assigned on the date of incident Page 3
Bellevue Hospital 462 1st Ave 26-27 St 19W

3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 19W Hallway

Date(s) of occurrence: 1-30-2000 19  2/ 2000 19

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Inmate Carter William NYSID 039 5/2 70 4/4, BtC# 241-18-03976, and martunovich Awher arrest # 119927044, BtC 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, ganged fought me and both inmates choked me to the extent of blacking out, loss of breath, dizzy and frightened for my life as I felt as if I would die. I broke loose and BHS Mike stopped the fight finally. Others, including Co's didn't break the situation up as if that's a certain time setup. CO Smith 15937 lied on infraction, and captain 686 Fliming involved. Both inmate remained near me. Carter left and came back and fought me as he disobeyed (Staffs) (RHS) orders to stay away from my side. They tryed to kill me for the willing to tell on my lawyer and others, and present about my case. I think somebody tryed to set me up.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mark broose on right chess near nipple area.
Trust issues about safety of custody.
Paranoid.
Negligence
Violation of 456 8 amendment

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Press charges on both inmates
BHS Observation more closely
Investigation on Camara footage about each day's of incidents.
19 Million Dollars
Classification of patience professionally

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

MAY 21 2019 / Dated

Plaintiff's Signature

JERRY / First Name

X / Middle Initial

PAGAN / Last Name

Bellevue Hospital 562 1st 26-27 st 19w76 / Prison Address

MANHATTAN / County, City

USA NEW YORK / State

10026 / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 6/11/2019

No previous application for the relief sought herein has been made.

WHEREFORE, your deponent prays for an order dismissing the indictment, and for such other and further relief as court may seem just and proper.

Respectfully submitted,

_[signature]_
Defendant, Pro-Se.

Sworn to before me this
18th day of May, 2019

_[signature]_
NOTARY PUBLIC

Audrey A. Jeffrey  BA  JD
Notary Public, State of New York
No.: 01JE6066330
Qualified in New York County
Commission Expires.Nov.13, 2021

Lies about what happened. I got choked by both inmates. Camera shows everything.

Javary, 30, 200019 approcimetly 2015 at bellevue hospital 462 1st Avenue 26-27 New York NEW YORK 10046 in WEST Hallway while standing near my room, as INMATE WILLIAM CARTER 0199427094 and martunovich ARTHUR, gang asaulted B&C#241-18-03961, K19603000-Y, me and placed me on the choking passition. Both INMATES. Staff assigned on that date and times neglected me for a long time. MIKE STAFF told me that he interacted and removed other INMATES, above NAMES, from continuing ataching me. The struggle sittuation escalated for a long enough time, William carter got removed, and came back, which fight accured while he verbally escalated provoked me to fight him, I told a nurse before this happened and disregard responce.

☒ GRec ☒ Staff

☒ Action request on date of incident Camara view investigation above above to hold as evidence. please hold camara view.

☒ I exspect to press charges and shall need assistance.

☒ Remove booth inmates, them trouble starters.

☒ INVESTIGATION PLEASE GRIEVANCE




# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## REPORT AND NOTICE OF INFRACTION

Form: 6500A
Rev.: 08/04/15
Ref.: Dir. #6500R-C

| Infraction #: | Institution: B.H.P.W. | Date of Incident: 01/30/19 | Time Infraction Written: 2015 hrs. | Date of Report: 01/30/19 |

Inmate Name (Last, First): PAGAN, JERRY
B&C/Sentence #: 241-16-08260
NYSID #: 09817536Q

Location of Incident (Be Specific): 19 West in front of room # 64
Housing Area Location: 19 West
Approximate Time of Incident: 2015 Hrs.

| Charge # | Offense | Charge # | Offense |
|---|---|---|---|
| 101.14 | Assault + fighting | 120.10 | Refusal to obey a direct order. |

Reporting Official (Print Name, Rank and Shield #): Smith C.O. 15957
Reporting Official (Signature): Smith

**Details of Incident** (Include details as to How, When and Where Infraction was Committed):

On January 30, 2019 at approximately 2015 hours, I, C.O. Smith #15957 observed inmate Carter, William NYSID # 019427044, B+C# 241-18-03976 and inmate Martunovich, Arthur arrest # K1960300-Y (police case) assault Pagan, Jerry inmate NYSID # 09817536Q, B+C# 241-16-08260 with their closed fists, punching the facial and upper torso areas. Inmate Pagan was exchanging punches with his closed fists to the facial and upper torso areas of the other 2 inmates in defending himself. I gave several direct orders for all 3 above mentioned inmates to stop fighting and medical staff intervened and seperated all 3 inmates without further incident. The area supervisor was immediately notified.

You are entitled to a hearing for this infraction no sooner than twenty-four (24) hours after you are served with this notice. If you are a sentenced inmate and you commit an infraction within twenty-four (24) hours prior to your discharge, and have not reached your maximum sentence expiration date, you may be served with charges and held for a hearing. The Department will make every effort to hold this hearing within three (3) business days of the service of this notice. This three (3) business day period excludes the day you are served, weekends, holidays, days you go to court (whether in person or via teleconference), days you are hospitalized or at a hospital attending a clinic, days you leave the facility for an attorney interview, days you are unavailable because you are transferred to another facility and days you are unavailable due to your absence from the facility for any purpose. The three (3) business day period is automatically extended by one (1) business day if you are transferred to another facility prior to your hearing (unless you are a Pre-Hearing Detention Inmate). Commencement of a hearing after three (3) business days is at the discretion of the Adjudication Captain and is not barred by Department rules.

At your hearing you have the following rights:

1. Right to appear personally, unless you waive your right to appear, refuse to attend the hearing or appear at the hearing and become disruptive.
2. Right to make statements. If you choose to remain silent, your silence cannot be used against you. If you make a statement, such statement cannot be used in a subsequent criminal trial unless you have been given a Miranda Warning and then voluntarily testify.
3. Right to present material evidence.
4. Right to present witnesses.
5. Right to the assistance of a Hearing Facilitator.
6. Right to an interpreter if you cannot communicate well enough in English.
7. Right to appeal.

Within twenty-four hours of the Adjudication Captain reaching a decision of guilty, you will receive a copy of the "NOTICE OF DISCIPLINARY HEARING DISPOSITION" form informing you of the violation(s) you are found guilty of, the basis for that finding, the evidence relied upon and the penalty to be imposed. The following penalties are the maximum which may be imposed individually or in any combination:

1. Reprimand.
2. Loss of privileges.
3. Loss of good time if you are a sentenced inmate.
4. Punitive segregation for up to thirty (30) days per each applicable individual charge.
5. Restitution for intentionally damaging or destroying City property.

A twenty five ($25) dollar disciplinary surcharge will be imposed on all inmates found guilty of a Grade I or Grade II offense.
You have the right to appeal an adverse decision rendered by the Adjudication Captain.

Interpreter Requested: ☐ Yes (If yes, include what language) _____ ☒ No
Hearing Facilitator Requested: ☐ Yes ☒ No

Jerry Pagan
Bellevue Hospital
462 1st Ave.
New York NY 10026



U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY
10002
JUN 13, 19
AMOUNT
$6.45
R2304H108711-12


Barn Swallow

CERTIFIED MAIL

7017 2620 0000 5526 8753

United States District Court.
Southern District of New York.
Pro Se office.
500 pearl St.
New York NY. 10007

RETURN RECEIPT REQUESTED